UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA D. BLAND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. DIAZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00895-SKO (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISS ACTION**<br><br>(Doc. 5)<br><br>14-DAY DEADLINE<br><br>Clerk of the Court to Assign a District Judge |

Plaintiff has filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 5.) Because Plaintiff has three "strikes" under section 1915(g) and fails to show that he is in imminent danger of serious physical injury, the Court recommends that his application be denied and this action dismissed.

**I.   THREE-STRIKES PROVISION OF 28 U.S.C. § 1915**

28 U.S.C. § 1915 governs *in forma pauperis* proceedings. The statute provides, "[i]n no event shall a prisoner bring a civil action … under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

## II. DISCUSSION

The Court takes judicial notice of four of Plaintiff's lawsuits that were dismissed because they were frivolous, malicious, or failed to state a claim on which relief can be granted:[1] (1) *Bland v. Cal. Dept. of Corrections & Rehabilitation, et al.*, No. 1:18-cv-01357-LJO-EPG (E.D. Cal.) (dismissed on May 2, 2019, for failure to state a claim); (2) *Bland v. Brown, et al.*, No. 1:18-cv-01358-AWI-JDP (E.D. Cal) (dismissed on July 11, 2019, for failure to state a claim); (3) *Bland v. Clark, et al.*, No. 1:19-cv-00197-DAD-BAM (E.D. Cal) (dismissed on April 17, 2020, for failure to state a claim); and (4) *Bland v. District Attorney's Office of the County of Lassen, et al.*, No. 1:20-cv-00296-DAD-JDP (E.D. Cal) (dismissed on July 1, 2020, as frivolous and malicious and for failure to state a claim). Because Plaintiff has accrued more than three strikes, he is precluded from proceeding *in forma pauperis* in this action unless, at the time he filed his complaint, he was under imminent danger of serious physical injury. *See Andrews v. Cervantes*, 493 F.3d 1047, 1052-53 (9th Cir. 2007).

Plaintiff alleges that, on June 1, 2020, a correctional sergeant approached his "holding cage" and "got … in [his] face yelling profanity, spitting [and] sputtering—he wore no face mask … threatening [his] safety." (Doc. 1 at 3.) Plaintiff states that he has asthma. (*Id.*) Plaintiff's allegations regarding this past event fail to show that, at the time he filed his complaint, he was under *imminent future* danger of serious physical injury.[2]

## III. CONCLUSION AND RECOMMENDATIONS

Based on the foregoing, the Court DIRECTS the Clerk of the Court to assign a district judge to this action and RECOMMENDS that:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 5) be DENIED; and,
2. This action be DISMISSED without prejudice to refiling upon prepayment of the filing fee.

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). **Within 14 days**

---

[1] The Court may take judicial notice of court records. *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).

[2] It is also clear on the face of his complaint that Plaintiff failed to exhaust his administrative remedies prior to filing suit, as required by the Prison Litigation Reform Act.

2

of the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff's failure to file objections within the specified time may result in waiver of his rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:  **July 23, 2020**                      /s/ *Sheila K. Oberto*
                                               UNITED STATES MAGISTRATE JUDGE